**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| David Derringer, ) | No. CV-08-8156-PHX-DGC |
| Plaintiff, ) | **ORDER** |
| vs. ) |  |
| Robert Sewell, et al., ) |  |
| Defendant. ) |  |

Plaintiff David Derringer has filed a motion to strike the motions to dismiss filed by Defendants Sewell, Traphagan, and Termain. Dkt. #22. In the alternative, Plaintiff requests an extension of time to respond to the motions to dismiss. *Id.* The Court will deny the motion to strike pursuant to Local Rule of Civil Procedure 7.2(m) and grant the alternative motion for an extension of time. In their response, Defendants noted that they sent additional copies of the motions to dismiss to Plaintiff along with the response to the motion to strike. Dkt. # 23. Plaintiff shall file a response to these motions to dismiss no later than **May 15, 2009**. Plaintiff is advised that the Court will not grant any further extensions absent truly extraordinary circumstances.

**IT IS ORDERED:**

1. Plaintiff's motion (Dkt. #22) is **denied** with respect to the motion to strike and **granted** with respect to the motion for an extension of time.

2. Plaintiff shall file a response to Defendants' motions to dismiss no later than **May 15, 2009**.

DATED this 24th day of April, 2009.

_____
David G. Campbell
United States District Judge